# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| BRITTANY AMMONS and DANIEL AMMONS, | *<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | *    CV 513-089 |
| BRANTLEY COUNTY BOARD OF COMMISSIONERS; LINDA MURRELL; and SHERIFF JACK WHISENANT, | *<br>*<br>*<br>* |
| Defendants. | * |

# O R D E R

Before the Court is the parties' joint stipulation of dismissal with prejudice of Plaintiffs' claims filed pursuant to the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq. (Doc. no. 50.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties inform the Court that they have reached a full and final resolution of Plaintiffs' claims and request a dismissal with prejudice. Accordingly, Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk is directed to **TERMINATE** all deadlines motions and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia